**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 202 MAL 2014
                                  :
                    Petitioner    :
                                  : Petition for Allowance of Appeal from the
                                  : Order of the Superior Court
              v.                  :
                                  :
                                  :
ROBERT MARSHALL REINHART,         :
                                  :
                    Respondent    :

## ORDER

**PER CURIAM**

**AND NOW**, this 2nd day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.

Mr. Justice Stevens dissents, as he would grant allocatur.